**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                          :          Case# 14-17187
    Arlene Wallace                    :
                                              :
_____:

**DEBTOR ARLENE WALLACE'S RESPONSE TO DITECH FINANCIAL, LLC'S MOTION FOR RELIEF**

1. No response required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. No response required.

8. Denied.

9. Denied.

10. No response required.

11. No response required.

WHEREFORE, Debtor prays that Creditor's Motion for Relief be denied.

                                                               \s\

Dated: April 25, 2017                           _____
                                                        Jermaine Harris, Esquire
                                                        100 South Broad Street, Suite 1523
                                                        Philadelphia, PA 19110
                                                        (215)385-1091

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                              :                  Case# 14-17187
    Arlene Wallace              :
                                            :
_____:

    AND NOW, this _____ day of _____, 2017, upon consideration of Movant Ditech Financial LLC's Motion for Relief, and Debtor's response thereto,

    IT IS HEREBY ORDERED that Movant's Motion for Relief is DENIED.

                                                                                                             _____
                                                                                                             J.

**CERTIFICATE OF SERVICE**

      I, Jermaine Harris, Esquire, attorney for Debtor, hereby verify that I served a true and correct copy of Debtor's Answer to Motion for Relief upon the below listed via the court's electronic filing system on April 25, 2017.

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Movant Ditech Financial, LLC.

\s\
Dated:  April 25, 2017                                                      _____
                                                                             Jermaine Harris, Esquire