United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-17187-sr
Arlene Wallace                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Aug 10, 2017
                             Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db            +Arlene Wallace,    8144 Forrest Avenue,    Philadelphia, PA 19150-2402
cr             CACV OF COLORADO, LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13896861      +Ditech Financial LLC,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 11 2017 01:26:32      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2017 01:26:15
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2017 01:26:31      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Aug 11 2017 01:26:08      Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 01:27:18      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Veripro Solutions,Inc.
NONE        ##+Jermaine Harris, Esquire,   21 South 12th Street, Suite 100,    Philadelphia, PA 19107-3607
                                                                                 TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JERMAINE D. HARRIS    on behalf of  Jermaine  Harris, Esquire jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Debtor Arlene  Wallace jermaineh02@msn.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC, As Authorized Servicer
               For Fannie Mae etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA  COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Aug 10, 2017
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Arlene Wallace | | CHAPTER 13 |
| Debtor | | |
| Ditech Financial LLC | Movant | |
| vs. | | NO. 14-17187 SR |
| Arlene Wallace | Debtor | |
| Frederick L. Reigle | Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is $4,157.73, which breaks down as follows:

| Post-Petition Payments: | January 1, 2017 through July 1, 2017 at $734.69/month |
| Less Suspense Balance: | $250.41 |
| **Total Post-Petition Arrears** | **$4,892.42** |

2. The Debtor(s) shall cure the aforesaid arrearage while maintaining ongoing contractual mortgage payments, in the following manner:

   a). Beginning August 1, 2017 and continuing through July 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of $734.69 on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges to be assessed after the 15th of the month), **plus** an installment payment of $407.70 towards the arrearage on or before the last day of each month through June 2018 and $407.22 in July 2018;

   b). Debtor shall maintain contractual monthly mortgage payments thereafter;

   c). The current payment address for the mailing of payments is as follows:

   Green Tree Servicing LLC
   P.O. Box 0049
   Palatine, IL 60055-0049

3. Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event that the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the

Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court, upon which the Court shall enter an Order granting the Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3), which the parties hereby agree to waive with respect to any such Order. The Order shall be in the form set forth in the proposed form of Order filed with the instant Motion for Relief, or in a form substantially similar. ("Movant" in this paragraph and hereinafter refers to Movant or to any of its successors or assignees, should the claim be assigned or transferred.)

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan documents, and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:  July 21, 2017

By: /s/ Matteo S. Weiner, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant

Date: 8/3/17

Jermaine D. Harris, Esquire
Attorney for Debtor

Date: 8/4/17

Frederick L. Reigle
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2017. However, the court retains discretion regarding entry of any further order.

**Date: August 10, 2017**

_____
Hon. Stephen Raslavich, United States Bankruptcy Judge