## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | BANKRUPTCY NO. 14-17187(JKF) |
| ARLENE WALLACE : | |
| : | CHAPTER 13 |
| Debtor : | |

## ORDER GRANTING ALLY FINANCIAL INC. RELIEF FROM STAY

On this __7th__ day of __November__, 2017, it is hereby ORDERED:

That the Automatic Stay imposed by 11 U.S.C. § 362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Jeep Grand Cherokee, VIN: 1C4RJFAG0DC503339 (the "Vehicle") is hereby vacated; and it is

FURTHER ORDERED, that Ally Financial Inc. is permitted to pursue its rights in such motor vehicle to the extent and in the manner provided by any applicable contract documents and other applicable laws.

FOR THE COURT:

_/s/ Jean K. Fitzsimon_
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to persons on attached list:

## SERVICE LIST

Regina Cohen, Esquire
Lavin, O'Neil, Cedrone & DiSipio
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106


Jermaine D. Harris, Esquire
21 South 12th Street
Suite 100
Philadelphia, PA 19107


Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Arlene Wallace
8144 Forrest Avenue
Philadelphia, PA 19150