United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17187-jkf
Arlene Wallace                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2              Date Rcvd: Nov 07, 2017
                              Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db            +Arlene Wallace,    8144 Forrest Avenue,    Philadelphia, PA 19150-2402
cr             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 08 2017 01:24:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2017 01:23:45      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2017 01:23:59      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2017 01:26:01
                CACV OF COLORADO, LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr             E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 01:26:20      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13383067      +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2017 01:23:40       Ally Financial,
                200 Renaissance Center,   Detroit, Michigan 48243-1300
13992505       E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2017 01:23:40       Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
13388821       E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2017 01:23:40
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Veripro Solutions,Inc.
cr*           +Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
NONE         ##+Jermaine Harris, Esquire,    21 South 12th Street, Suite 100,   Philadelphia, PA 19107-3607
                                                                                               TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JERMAINE D. HARRIS    on behalf of Jermaine Harris, Esquire jermaineh02@msn.com
        JERMAINE D. HARRIS    on behalf of Debtor Arlene  Wallace jermaineh02@msn.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC, As Authorized Servicer
For Fannie Mae etal paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
ecf_frpa@trustee13.com
        REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
ksweeney@lavin-law.com

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Nov 07, 2017
                              Form ID: pdf900         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 14-17187(JKF) |
| ARLENE WALLACE | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

### ORDER GRANTING ALLY FINANCIAL INC. RELIEF FROM STAY

On this __7th__ day of __November__, 2017, it is hereby ORDERED:

That the Automatic Stay imposed by 11 U.S.C. § 362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2013 Jeep Grand Cherokee, VIN: 1C4RJFAG0DC503339 (the "Vehicle") is hereby vacated; and it is

FURTHER ORDERED, that Ally Financial Inc. is permitted to pursue its rights in such motor vehicle to the extent and in the manner provided by any applicable contract documents and other applicable laws.

FOR THE COURT:

*/s/ Jean K. FitzSimon*

JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to persons on attached list:

## SERVICE LIST

Regina Cohen, Esquire
Lavin, O'Neil, Cedrone & DiSipio
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106

Jermaine D. Harris, Esquire
21 South 12th Street
Suite 100
Philadelphia, PA 19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Arlene Wallace
8144 Forrest Avenue
Philadelphia, PA 19150