UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :

ARLENE WALLACE
                                                 : Bankruptcy No. 14-17187JKF
Debtor(s)                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: February 15, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JERMAINE HARRIS ESQ
100 S BROAD ST
SUITE 1523
PHILADELPHIA PA 19110-1026

ARLENE WALLACE
8144 FORREST AVENUE
PHILADELPHIA,PA.19150-