United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-17187-jkf
Arlene Wallace                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 3            Date Rcvd: Feb 15, 2018
                            Form ID: pdf900          Total Noticed: 60

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db            +Arlene Wallace,    8144 Forrest Avenue,    Philadelphia, PA 19150-2402
13383087      +AES/Wells Fargo,    PO Box 61047,    Harrisburg, PA 17106-1047
13383068      +American Express,    1804 Washington Boulevard, Apt. 500,    Baltimore, MD 21230-1700
13439863      +American General Home Equity, INC,    C/O Weinstein, Pinson, & Riley, P.S.,
                2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13383092      +Apex Asset Management,    1891Santa Barbara Dr. St.,    Lancaster, PA 17601-4106
13393189     +++CACV of Colorado, LLC,    PO Box 10587,   Greenville, SC 29603-0587
13383079     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
13406401      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13421668       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13383084      +ComenityBank/Dressbrn,    PO Box 182789,    Columbus, OH 43218-2789
13383077      +ComenityBank/FashBug,    PO Box 182272,    Columbus, OH 43218-2272
13383083      +Credit First NA,    6275 Eastland Road,    Brook Park, OH 44142-1399
13456580      +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13394493      +Department Stores National Bank/Macy's,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13896861      +Ditech Financial LLC,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13612091       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13383075      +Expert Tire,    PO Box 81410,    Cleveland, OH 44181-0410
13383078     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Bank,     500 E 60th Street N,    Sioux Falls, SD 57104)
13383086      +First Premier Bank,    601S. Minnesota Bank,    Sioux Falls, SD 57104-4868
13383085      +Macys DSNB Bank,    9111Duke Boulevard,    Mason, OH 45040-8999
13383088      +New Century,    110 S. Jefferson RD Ste 1,    Whippany, NJ 07981-1038
13383070      +New Century Financial Service,    c/o Pressler & Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
13383073       PA Department of Revenue,    PO Box 280431,    Harrisburg, PA 17128-0431
13391507      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13407967      +PNC BANK,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13383065      +Pa Dept. of Revenue,    Bureau of Collections,    PO Box 281041,    Harrisburg, PA 17128-1041
13397674      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13383093       Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
13600042      +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:16      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:16      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13383094      +E-mail/Text: csr@theaffiliatedgroup.com Feb 16 2018 01:54:49      Affiliated Credit Services,
                PO Box 7739,    Rochester, MN 55903-7739
13383067      +E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08      Ally Financial,
                200 Renaissance Center,    Detroit, Michigan 48243-1300
13992505       E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
13388821       E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13403119       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 16 2018 02:03:46
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13469322       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 02:03:58
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13393188      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 02:03:46      CACH, LLC,
                4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13383074       E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:16      City of Philadelphia,
                1401JFK Boulevard,    Philadelphia, PA 19102
13484204      +E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:16
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD.,    5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13383089      +E-mail/Text: bankruptcy@cashcall.com Feb 16 2018 01:54:37      CashCall,Inc..,
                1City Boulevard W,    Orange, CA 92868-3621
13383100      +E-mail/Text: bankruptcy@cavps.com Feb 16 2018 01:54:00      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
```

```
District/off: 0313-2              User: Virginia              Page 2 of 3              Date Rcvd: Feb 15, 2018
                                  Form ID: pdf900             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13468913          E-mail/Text: bankruptcy.bnc@ditech.com Feb 16 2018 01:53:16      Green Tree Servicing LLC,
                  PO BOX 6154,    Rapid City, SD 57709-6154
13383066          E-mail/Text: bankruptcy.bnc@ditech.com Feb 16 2018 01:53:16      Green Tree,    PO Box 6172,
                  Rapid City, SO 57709-6172
13408007          E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 01:53:13       IRS,    PO BOX 21126,    PHILA PA 19114
13446315          E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 16 2018 01:53:57       Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13459386          E-mail/Text: bkr@cardworks.com Feb 16 2018 01:53:07       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13383080         +E-mail/Text: bkr@cardworks.com Feb 16 2018 01:53:07       Merrick Bank,    PO Box 9201,
                  Old Beth Pageny 11804-9001
13383069         +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 01:53:48       Midland Funding, LLC,
                  8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13516484         +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2018 01:56:09       New Century Financial Services, Inc.,
                  110 S. Jefferson Road #104,    Whippany, NJ 07981-1038
13383071          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:03:47
                  Portfolio Recovery,    140 Corporate Boulevard,    Norfolk, VA 23502
13383091          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:16:35
                  Portfolio Recovery Associates,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502
13434467          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:04:00
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13402299          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13405275          E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2018 01:53:21
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13389168          E-mail/PDF: rmscedi@recoverycorp.com Feb 16 2018 01:56:08
                  Recovery Management Systems Corporation,    c/o Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13383082         +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:17       Symcb/Lowes,    PO Box 965005,
                  Orlando, FL 32896-5005
13383081         +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:06       Syncb/Sams Club,    PO Box 965005,
                  Orlando, FL 32896-5005
13383095         +E-mail/Text: crwkflw@firstdata.com Feb 16 2018 01:54:31       TRS Recovery Services,
                  PO Box 60022,    City of Industry, CA 91716-0022
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Veripro Solutions,Inc.
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*              +Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
cr*               CACV OF COLORADO, LLC,    PO Box 10587,    Greenville, SC 29603-0587
cr*               ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13383072*         IRS,   PO Box 804527,    Cincinnati, OH 45280-4527
13383090*        +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13516483*        +Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
NONE             ##+Jermaine Harris, Esquire,    21 South 12th Street, Suite 100,    Philadelphia, PA 19107-3607
13383076         ##+Emblem Master Card,    PO Box 790399,    St. Louis, MO 63179-0399
                                                                                        TOTALS: 1, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 3 of 3              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900             Total Noticed: 60
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS     on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JERMAINE D. HARRIS    on behalf of  Jermaine  Harris, Esquire jermaineh02@msn.com
          JERMAINE D. HARRIS    on behalf of Debtor Arlene  Wallace jermaineh02@msn.com
          JOSEPH ANGEO DESSOYE     on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE     on behalf of Creditor    Green Tree Servicing LLC, As Authorized Servicer
           For Fannie Mae etal paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :

ARLENE WALLACE
                                      : Bankruptcy No. 14-17187JKF
    Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: February 15, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JERMAINE HARRIS ESQ
100 S BROAD ST
SUITE 1523
PHILADELPHIA PA 19110-1026

ARLENE WALLACE
8144 FORREST AVENUE
PHILADELPHIA,PA.19150-