**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                            :          Case# 14-17187
    Arlene Wallace            :
                              :
_____ _____ :

**MOTION TO RECONSIDER DISMISSAL ORDER ENTERED ON FEBRUARY 15, 2018 AND REINSTATE CASE**

    1.   On or about September 8, 2014, the Debtor filed a voluntary petition for Chapter 13 with this Court.

    2.   Debtor's Chapter 13 Plan was confirmed on July 23, 2015.

    3.   Debtor's Plan was dismissed as a result of the Standing Trustee's Motion to Dismiss for failing to make payments on February 15, 2018.

    4.   At the time of dismissal, Debtor was approximately $6,637.25 behind in Plan Payments or just over five months behind.

    5.   Debtor, who is self employed as a therapist, fell behind due to losing state funding for contracts with her vendors.

    6.   Debtor is able to catch up on her payments now that she has gotten approval for new contracts.  Debtor recently posted a $4000 payment and intends to make excess monthly payments above her plan amount so she can catch up entirely on her arrears.

    7.   The Trustee's office has no objection to this motion so long as Debtor can bring her account current and demonstrate that she can make the payment amounts going forward.

    **WHEREFORE**, Debtors requests that this Honorable Court vacate the dismissal order of February 15, 2018, reinstate the case and enter the attached Order.

Dated:  February 15, 2018                          \s\ Jermaine Harris, Esquire

                                                                                                    _____
                                                                                                    Jermaine Harris, Esquire
                                                                                                    100 South Broad Street, Suite 1523
                                                                                                    Philadelphia, PA 19110
                                                                                                    (215)385-1091

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                              :           Case# 14-17187
    Arlene Wallace                 :
                                                       :
_____ _____ :

**ORDER**

      AND NOW, this _____ day of _____, 2018, upon consideration of Debtor Arlene Wallace's Motion to Reconsider Dismissal Order and reinstate case,

      IT IS HEREBY ORDERED THAT Debtors' Motion is hereby granted;

      IT IS FURTHER ORDERED THAT the Dismissal Order entered on February 25, 2018, is hereby VACATED and Debtors' Case is reinstated.

                                                                                                                          _____
                                                                                                                          J.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                              :         Case# 14-17187
    Arlene Wallace                      :
                                                      :
_____ _____          :

**CERTIFICATE OF SERVICE**

    I, Jermaine Harris, Esquire hereby certify that on March 6, 2018, I served all creditors listed in Debtor's schedules along with the U.S. Trustee's Office and Standing Chapter 13 Trustee's Office via first class regular mail and/or electronic filing with a true and correct copy of Debtor's Motion to Reconsider Dismissal Order.

Dated:  March 6, 2018

\s\ Jermaine Harris, Esquire
_____
Jermaine Harris, Esquire
Attorney for Debtor