**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                              :           Case# 14-17187
     Arlene Wallace                   :
_____:

**CERTIFICATE OF NO RESPONSE TO MOTION TO VACATE DISMISSAL OF CASE**

1. The motion and notice of motion was timely served on all interested parties.

2. The deadline for response to the motion has passed.

3. No response or objection to the motion has been filed as of this date.

    WHEREFORE, Movant seeks the entry of an order, in the form attached hereto, granting the requested relief.

                                                                            \s\ Jermaine Harris, Esquire

Dated:  March 23, 2018                                    _____

                                                                   Jermaine Harris, Esquire
                                                                   Attorney for Debtor Arlene Wallace
                                                                   100 South Broad Street, Suite 1523
                                                                   Philadelphia, PA 19110
                                                                   (215)385-1091

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                              :            Case# 14-17187
    Arlene Wallace                  :
_____:

**ORDER**

    AND NOW, this _____ day of _____ 2018, upon consideration of Debtor Arlene Wallace's Motion to Dismissal of Case and any response thereto

    IT IS HEREBY ORDERED that Debtor's Motion is GRANTED and the Order dismissing this case on February 15, 2018 is VACATED and this case is reinstated forthwith.

    _____
    J.

## CERTIFICATE OF SERVICE

    I, Jermaine Harris, Esquire, attorney for Debtor Arlene Wallace, herby certify that I served a true and correct copy of the foregoing via first class regular mail and the court's electronic filing system on March 23, 2018 upon the below listed:

Frederick Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

    and

all creditors listed in Debtors Schedules D,E, and F

Dated:  March 23, 2018                                      \s\
                                                                                           _____
                                                                                           Jermaine Harris, Esquire
                                                                                          Attorney for Debtor Arlene Wallace