**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                                  :            Case# 14-17187
    Arlene Wallace              :
                                   :
_____  _____ :

**ORDER**

    AND NOW, this _____ day of _____, 2018, upon consideration of Debtor Arlene Wallace's Motion to Reconsider Dismissal Order and reinstate case,

    IT IS HEREBY ORDERED THAT Debtors' Motion is hereby granted;

    IT IS FURTHER ORDERED THAT the Dismissal Order entered on February 25, 2018, is hereby VACATED and Debtors' Case is reinstated.

**Date: March 28, 2018**

_____
                                          J.