IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ARLENE WALLACE ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 14-17187 (JKF) |
| ) | |
| v. ) | **Hearing Date: 4-1-20 at 9:30 AM** |
| ) | |
| ARLENE WALLACE ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2017 Honda CR-V** bearing vehicle identification number 2HKRW2H8XHH636239 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  April 2, 2020

_____
UNITED STATES BANKRUPTCY JUDGE