United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17187-jkf
Arlene Wallace                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Keith              Page 1 of 3              Date Rcvd: Apr 14, 2020
                          Form ID: 138NEW         Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.

```
db             +Arlene Wallace,    8144 Forrest Avenue,    Philadelphia, PA 19150-2402
NONE           +Jermaine Harris, Esquire,    21 South 12th Street, Suite 100,    Philadelphia, PA 19107-3607
13383087       +AES/Wells Fargo,    PO Box 61047,    Harrisburg, PA 17106-1047
13383068       +American Express,    1804 Washington Boulevard, Apt. 500,    Baltimore, MD 21230-1700
13439863       +American General Home Equity, INC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13383092       +Apex Asset Management,    1891Santa Barbara Dr. St.,    Lancaster, PA 17601-4106
13393189      +++CACV of Colorado, LLC,    PO Box 10587,    Greenville, SC 29603-0587
13406401       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13383084       +ComenityBank/Dressbrn,    PO Box 182789,    Columbus, OH 43218-2789
13383083       +Credit First NA,    6275 Eastland Road,    Brook Park, OH 44142-1399
13456580       +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
13394493       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13896861       +Ditech Financial LLC,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13612091        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13383076       +Emblem Master Card,    PO Box 790399,    St. Louis, MO 63179-0399
13383075       +Expert Tire,    PO Box 81410,    Cleveland, OH 44181-0410
13383078      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: First Savings Bank,    500 E 60th Street N,    Sioux Falls, SD 57104)
13383086       +First Premier Bank,    601S. Minnesota Bank,    Sioux Falls, SD 57104-4868
13468913      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                 (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,
                 Rapid City, SD 57709-6154)
13383066        Green Tree,    PO Box 6172,    Rapid City, SO 57709-6172
13383085       +Macys DSNB Bank,    9111Duke Boulevard,    Mason, OH 45040-8999
13383088       +New Century,    110 S. Jefferson RD Ste 1,    Whippany, NJ 07981-1038
13383070       +New Century Financial Service,    c/o Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14456508        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
13383073        PA Department of Revenue,    PO Box 280431,    Harrisburg, PA 17128-0431
13391507       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13407967       +PNC BANK,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13383065       +Pa Dept. of Revenue,    Bureau of Collections,    PO Box 281041,    Harrisburg, PA 17128-1041
13397674       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14471906       +Santander Consumer USA Inc,    c/o William E. Craig, Esq.,    110 Marter Ave., Ste 301,
                 Moorestown, NJ 08057-3124
14470995       +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13600042       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-4293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Apr 15 2020 04:40:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2020 04:40:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:42:10      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13383094       +E-mail/Text: csrmn@thecmigroup.com Apr 15 2020 04:40:36      Affiliated Credit Services,
                 PO Box 7739,    Rochester, MN 55903-7739
13383067       +E-mail/Text: ally@ebn.phinsolutions.com Apr 15 2020 04:39:41      Ally Financial,
                 200 Renaissance Center,    Detroit, Michigan 48243-1300
13992505        E-mail/Text: ally@ebn.phinsolutions.com Apr 15 2020 04:39:41      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13388821        E-mail/Text: ally@ebn.phinsolutions.com Apr 15 2020 04:39:41
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13403119        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 04:41:54
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13469322        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:41:32
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13393188       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:41:53      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13383079        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 04:41:30      Capital One,
                 PO Box 85520,    Richmond, VA 23285
13383074        E-mail/Text: megan.harper@phila.gov Apr 15 2020 04:40:27      City of Philadelphia,
                 1401JFK Boulevard,    Philadelphia, PA 19102
```

```
District/off: 0313-2           User: Keith              Page 2 of 3            Date Rcvd: Apr 14, 2020
                               Form ID: 138NEW          Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13484204       +E-mail/Text: megan.harper@phila.gov Apr 15 2020 04:40:27
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13421668        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 04:41:50
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13383089       +E-mail/Text: bankruptcy@cashcall.com Apr 15 2020 04:40:32      CashCall,Inc..,
                 1City Boulevard W,   Orange, CA 92868-3621
13383100       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:40:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13383077       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 04:39:55      ComenityBank/FashBug,
                 PO Box 182272,   Columbus, OH 43218-2272
13408007        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 15 2020 04:39:48      IRS,   PO BOX 21126,
                 PHILA PA 19114
13446315        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 04:40:13      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13459386        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 04:42:12      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13383080       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 04:42:13      Merrick Bank,
                 PO Box 9201,   Old Beth Pageny 11804-9001
13383069       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 15 2020 04:40:09      Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13516484       +E-mail/PDF: bankruptcy@ncfsi.com Apr 15 2020 04:41:51      New Century Financial Services, Inc.,
                 110 S. Jefferson Road #104,   Whippany, NJ 07981-1038
13383071        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:41:51
                 Portfolio Recovery,   140 Corporate Boulevard,   Norfolk, VA 23502
13383091        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:42:15
                 Portfolio Recovery Associates,   120 Corporate Blvd, Ste 1,   Norfolk, VA 23502
13434467        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:42:14
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13402299        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2020 04:40:07
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13405275        E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 04:39:56
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13389168        E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2020 04:42:13
                 Recovery Management Systems Corporation,   c/o Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13383093        E-mail/Text: bankruptcy@sccompanies.com Apr 15 2020 04:39:39      Stoneberry,   PO Box 2820,
                 Monroe, WI 53566-8020
13383082       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:41:48      Symcb/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
13383081       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:41:48      Syncb/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
13383095        E-mail/Text: CollectionsCompliance@firstdata.com Apr 15 2020 04:40:41      TRS Recovery Services,
                 PO Box 60022,   City of Industry, CA 91716
                                                                                              TOTAL: 33

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Veripro Solutions,Inc.
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
cr*             CACV OF COLORADO, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*             ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408
cr*            +New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
cr*            +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13383072*       IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
13383090*      +Midland Funding,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13516483*      +Midland Funding LLC,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                                   TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0313-2           User: Keith              Page 3 of 3                   Date Rcvd: Apr 14, 2020
                               Form ID: 138NEW          Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JERMAINE D. HARRIS    on behalf of  Jermaine  Harris, Esquire jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Debtor Arlene  Wallace jermaineh02@msn.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC, As Authorized Servicer
               For Fannie Mae etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Arlene Wallace
        Debtor(s)                                 Bankruptcy No: 14–17187–jkf
                                                           Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                          Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                               Timothy B. McGrath
                                                                  Clerk of Court

Dated: 4/14/20

                                                                                                            159 – 158
                                                                                                           Form 138_new