United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-17187-jkf
Arlene Wallace                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith           Page 1 of 1           Date Rcvd: Jun 04, 2020
                          Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db         +Arlene Wallace,    8144 Forrest Avenue,    Philadelphia, PA 19150-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor   DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        HAROLD N. KAPLAN    on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
        JERMAINE D. HARRIS    on behalf of Debtor Arlene  Wallace jermaineh02@msn.com
        JERMAINE D. HARRIS    on behalf of  Jermaine  Harris, Esquire jermaineh02@msn.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green Tree Servicing LLC, As Authorized Servicer For Fannie Mae etal paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        REGINA  COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS I. PULEO    on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                            TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Arlene Wallace                                              : Case No. 14–17187–jkf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , June 4, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

163
Form 195