UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arlene Wallace | : Chapter 13 |
| | : |
| Debtor | : Bankruptcy No. 14-17187-amc |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of CACV of Colorado, LLC ("the Movant") by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $209.49 shall be paid to CACV of Colorado, LLC and sent to Dilks & Knopik, LLC., 35308 SE Center Street, Snoqualmie, WA 98065.

**Date: September 15, 2021**                          _____
                                                                                           J.