UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Arlene Wallace                      **:**  Chapter 13

                                      **:**

          Debtor                  **:**  Bankruptcy No. 2:14-bk-17187

## ORDER

      AND NOW, this _____ day of _____, 20___, upon consideration of the Motion

of CACV of Colorado, LLC a disregarded entity of Resurgent HP, LLC ("the Movant") for

Order Amended the Order Dated September 15, 2021 Directing Payment of Funds In Court

Registry, and the Movant having served the United States Attorney as required by 28 U.S. C.

§2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having

been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the

    benefit of the Movant in the amount of $209.49 shall be paid to CACV of Colorado, LLC

    a disregarded entity of Resurgent HP, LLC, using Resurgent Holdings LLC's Taxpayer

    Identification Number and sent to Dilks & Knopik, LLC., 35308 SE Center Street,

    Snoqualmie, WA 98065.

 

_____

**Date: August 24, 2022**        Judge Ashely M. Chan
                                   BANKRUPTCY JUDGE