United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Arlene Wallace  
    Debtor

Case No. 14-17187-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 24, 2022      Form ID: pdf900      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlene Wallace, 8144 Forrest Avenue, Philadelphia, PA 19150-2402 |
| tr | + | SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606-2265 |
| NONE | + | Jermaine Harris, Esquire, 21 South 12th Street, Suite 100, Philadelphia, PA 19107-3607 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 00:07:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 00:15:20 | CACV OF COLORADO, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 25 2022 00:07:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 25 2022 00:07:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2022 00:07:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 00:15:33 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Veripro Solutions,Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JASON BRETT SCHWARTZ
    on behalf of Creditor CACV OF COLORADO LLC jschwartz@mesterschwartz.com

JERMAINE D. HARRIS
    on behalf of Jermaine Harris Esquire jermaineh02@msn.com

JERMAINE D. HARRIS
    on behalf of Debtor Arlene Wallace jermaineh02@msn.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Green Tree Servicing LLC paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Green Tree Servicing LLC As Authorized Servicer For Fannie Mae etal paeb@fedphe.com

MATTEO SAMUEL WEINER
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

PETER J. ASHCROFT
    on behalf of Creditor Green Tree Servicing LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor DITECH FINANCIAL LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Arlene Wallace | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 2:14-bk-17187 |

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of CACV of Colorado, LLC a disregarded entity of Resurgent HP, LLC ("the Movant") for Order Amended the Order Dated September 15, 2021 Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S.C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $209.49 shall be paid to CACV of Colorado, LLC a disregarded entity of Resurgent HP, LLC, using Resurgent Holdings LLC's Taxpayer Identification Number and sent to Dilks & Knopik, LLC., 35308 SE Center Street, Snoqualmie, WA 98065.

**Date: August 24, 2022**

_____
Judge Ashely M. Chan
BANKRUPTCY JUDGE